# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 24-cv-01955-DDD-TPO

**Jose Rodriguez**,
individually and on behalf of all others similarly situated,

    Plaintiff,

v.

**DTC Energy Group, Inc.**,

    Defendant.

## JOINT STIPULATION OF VOLUNTARY DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Named Plaintiff Jose Rodriguez ("Plaintiff") and DTC Energy Group, Inc. ("Defendant"), by and through their undersigned counsel of record, stipulate that Plaintiff, individually, voluntarily dismisses this action with prejudice as to Defendant.

Dated:     July 30, 2025

| | |
|---|---|
| **FITAPELLI & SCHAFFER, LLP** | **O'Hagan Meyer** |
| By:  /s/ Armando A. Ortiz<br>Armando A. Ortiz<br>28 Liberty Street, 30th Floor<br>New York, NY 10005<br>(212) 300-0375<br>aortiz@fslawfirm.com | By:  /s/ Alice Conway Powers<br>Alice Conway Powers<br>1331 17th Street Suite 350<br>Denver, Colorado 80202<br>(303) 652-5861<br>apowers@ohaganmeyer.com |
| *Attorneys for Plaintiff* | *Attorneys for Defendant* |

1

## CERTIFICATE OF SERVICE

    I hereby certify that on July 30, 2025 I electronically filed the foregoing using the CM/ECF system, which will cause a copy of the foregoing to be e-mail to all counsel of record.

                                          /s/ Armando A. Ortiz